IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:17 CR 200-1 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| CLIFFORD J. MILLER, | ) | <u>JOINT STATUS REPORT</u> |
| | ) | |
| Defendant. | ) | |

    Now come the parties, the United States of America, by and through its attorneys, Justin E. Herdman, United States Attorney, and Henry F. DeBaggis, Assistant United States Attorney, and defense counsel Fernando O. Mack and respectfully submit the within status report.

    Since the last Pretrial Conference held before the Court on April 23, 2018, the following events have occurred in this matter:

    1) On July 10, 2018, a federal grand jury returned a superseding indictment in which a charge of Conspiracy to Distribute Heroin in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and 846 and a charge of Distribution of Heroin in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) were added to the charges set forth in the original indictment.

    2) On July 19, 2018, an arraignment was held before Magistrate Judge Jonathan D. Greenburg on the superseding indictment and Defendant entered a plea of "not guilty."

3) Counsel have had some discussions relating to a resolution of this matter; however, the parties do not have a plea agreement.

WHEREFORE, the parties respectfully submit the within Joint Status Report.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Henry F. DeBaggis
Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney
United States Court House
2 South Main Street, Suite 208
Akron, OH 44308
(330) 761-0515
(330) 375-5492 (facsimile)
Henry.DeBaggis@usdoj.gov

/s/ Fernando O. Mack
Fernando O. Mack (OH: 0062937)
203 Bradley Bldg.
1220 West Sixth Street
Cleveland, OH 44113
216-556-9610
Fax: 855-320-8107
losmacks@msn.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of August 2018, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                                            /s/ Henry F. DeBaggis
                                            Henry F. DeBaggis
                                            Assistant U.S. Attorney